MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRYAN G. PADILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-02803-DMC<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because of an extremely heavy workload, including twelve different district court merits briefs due within the next month, as well as a Ninth Circuit responsive brief due in the second week of June.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's Motion for Summary Judgment will be Monday, June 24, 2019.

Respectfully submitted,

Date: *May 28, 2019*  LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Monica Perales\**
MONICA PERALES
*\* By email authorization on May 28, 2019*
Attorney for Plaintiff

Date: *May 28, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ